**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:24-CV-225-FDW-DCK**

| | |
|---|---|
| **ANIS ELHAMI, and HOSSEIN SAFFARFAR,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **ORDER** |
| ) | |
| **MERRICK GARLAND, et al.,** ) | |
| ) | |
| **Defendants**. ) | |
| ) | |

      **THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) filed by Helen Parsonage, concerning Jennifer Nimer, on February 27, 2024. Jennifer Nimer seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

      **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) is **GRANTED**. Jennifer Nimer is hereby admitted *pro hac vice* to represent Plaintiffs.

      **SO ORDERED**.

Signed: February 27, 2024

David C. Keesler
United States Magistrate Judge